BEFORE THE FIRST DIVISION, DECEMBER 20, 1961

No. 66297.—F. W. Myers & Co., Inc., for a/c Ayerst Laboratories, Inc. *v.* United States, protests 58/83, etc. (Ogdensburg).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of "5-Ethyl-5-phenyl-hexahydropyrimidine-4:6-dione," the claim of the plaintiff was sustained.

No. 66298.—F. W. Myers & Co., Inc., for a/c Ayerst Laboratories, Incorporated, et al. *v.* United States, protests 58/20667, etc. (Ogdensburg).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of "5-Ethyl-5-phenyl-hexahydropyrimidine-4:6-dione," the claim of the plaintiffs was sustained.

No. 66299.—Geigy Pharmaceuticals, Division of Geigy Chemical Corp. *v.* United States, protest 60/5726 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Eudragit L and Eudragit S, which contain no alcohol, but are a synthetic resin or resin-like product, containing dibutylphthalate, and are prepared from an article or material provided for in paragraph 27 or 1651, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 20, 1961

No. 66300.—Amco Customs Brokerage Co. et al. *v.* United States, protests 313782–KS, etc. (Philadelphia).